# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ronnie Jude Berthelot
Attorney at Law
13541 Tigerbend Road
Baton Rouge LA 70817

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 18, 2019

**REHEARING ACTION: December 18, 2019**

**Docket Number: 19   00348-CW**

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE**
**VERSUS**
**MICHAEL E. OLDEMEYER, ET AL.**

**Writ Application from Natchitoches Parish Case No. 90463**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Phyllis M. Keaty**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Bank of New York Mellon f/k/a The Bank of New York** has

this day been

    **DENIED.**

cc: Jason Orin Methvin, Counsel for the Respondent
    Kent Bickham Payne, Counsel for the Applicant